# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

TASHIRA D. COLLIER,    :

   Plaintiff,      :

            Case No. 3:15-CV-231
 vs            District Judge Thomas M. Rose
            :

THE FOOD BANK INC.,

            :

   Defendant.

## ORDER OF DISMISSAL: TERMINATION ENTRY

   The Court having been advised that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, without prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

   Parties may submit a substitute Judgment Entry once settlement is consummated within the thirty (30) day period. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry. The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

   IT IS SO ORDERED.

                   *s/Thomas M. Rose*

Date: **October 22, 2015**

                   Thomas M. Rose, Judge
                   United States District Court